Jay M. RINGGOLD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 76, 2016

Supreme Court of Delaware.

Submitted: June 10, 2016
Decided: August 29, 2016
Reargument Denied September 13, 2016

Court Below: Superior Court of the
State of Delaware, Cr. ID No. 1006015765

AFFIRMED.

Jose J. RIVERA, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 221, 2016

Supreme Court of Delaware.

Submitted: June 23, 2016
Decided: August 29, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID Nos. 1501010204
and 1501004702

AFFIRMED.

William WARREN, Defendant
Below-Appellant,

v.

STATE of Delaware, Plaintiff
Below-Appellee.

No. 391, 2016

Supreme Court of Delaware.

Submitted: August 16, 2016
Decided: August 30, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID 1207020480

DISMISSED.

Anthony JACKSON, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 71, 2016

Supreme Court of Delaware.

Submitted: August 17, 2016
Decided: August 31, 2016

Court Below—Superior Court of the
State of Delaware, Cr. ID No. 0107013109

AFFIRMED.